No. 03–7994. BAILEY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–7996. MUHAMMAD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–7998. NICHOLS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–8000. KING v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–8002. HARDIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–8005.. WILLIAMS, AKA RICHARDSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–8009. CRAWFORD v. PEARSON, WARDEN, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–8010. ORTIZ-MIRANDA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–8012. ABDI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–8017. VILLA RAMIREZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–8020. JONES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–8021. LOUIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–8022. PARISE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–8024. PARRIS v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 03–8025. MINTZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–8037. MARTINEZ-GONZALEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.